UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Alice Theresa Mosely,

    Plaintiff,

v.                              Case No. 2:15–cv–2692

Division of Police, *et al.*,         Judge Michael H. Watson

    Defendants.

## ORDER

On October 21, 2015, Magistrate Judge Kemp issued a report and recommendation ("R&R") regarding the initial screening of Alice Theresa Mosely's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e)(2). R&R, ECF No. 3. Magistrate Judge Kemp recommended the complaint "be dismissed under 28 U.S.C. § 1915(e)(2) with leave to amend." *Id.* at 4.

Magistrate Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 5. He also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Should Plaintiff wish to file an amended complaint, she is instructed to do so **within thirty days**

**of the date of this Order**.  As Magistrate Judge Kemp stated in the R&R, if Plaintiff does not file an amended complaint, her case will be dismissed.

**IT IS SO ORDERED.**

*[signature]*

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT