**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Alice Theresa Mosley,**

    **Plaintiff,**

    **v.**                             **Case No. 2:15-cv-2692**

**Division of Police, *et al.*,**              **Judge Michael H. Watson**

    **Defendants.**

## ORDER

On February 11, 2016, Magistrate Judge Kemp issued a report and recommendation ("R&R") regarding the initial screen of Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e).  R&R, ECF No. 6.  Magistrate Judge Kemp recommended that the case be dismissed under 28 U.S.C. § 1915(e)(2) as barred by the applicable statute of limitations. *Id.* at 3.

Magistrate Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 3–4.  He also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 4.

The deadline for filing such objections has passed, and no objections were filed. Accordingly, the R&R is **ADOPTED**, and Plaintiff's complaint is dismissed.

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**